Silver *v.* Burgan and Another.

———————————◇◆◇———————————

## SILVER *v.* BURGAN and Another.

APPEAL from the *Wells* Circuit Court.
*Per Curiam.*—In this case, the record contains no bill of

exceptions; nor does it appear that any exception in any form was taken to the ruling of the lower Court. The appeal is, therefore, not properly before us.

The appeal is dismissed, with costs.

*N. A. Puckett,* for the appellant.